O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE LEE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>B. BIRKHOLZ, et al.,<br><br>　　　　　Respondents. | Case No.: 2:22-cv-07401-MEMF (DFMx)<br><br>**AMENDED ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**[*] |

---

[*] The Order found at ECF No. 17 was issued in error. This Order replaces and supersedes the Order found at ECF No. 17.

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus filed by Petitioner Gregory Wayne Lee ("Lee") (ECF No. 1), all of the records herein, the concurrently filed Motion for Emergency Declaration and Preliminary Supplement[1] also filed by Lee (ECF No. 2 ("TRO")), the Motion to Dismiss and Opposition to Motion for Temporary Restraining Order filed by Respondents B. Birkholz ("Birkholz") and C. Peterson ("Peterson") (collectively, "Respondents"), and the Report and Recommendation of United States Magistrate Judge ("Report") (ECF No. 14); and Lee's Objection thereto (ECF No. 15). Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been made. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, the Court ORDERS as follows:

1. Lee's TRO is DENIED;
2. Respondents' Motion to Dismiss is GRANTED; and
3. The Petition is dismissed WITHOUT PREJUDICE for failure to exhaust administrative remedies.

IT IS SO ORDERED.

Dated: September 28, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] Although not formally titled as such, the arguments and representations made in this motion indicate that Lee intends for the motion be treated as a temporary restraining order ("TRO"). As such, the Court has reviewed this motion in accordance with the requirements of a TRO.