# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY WAYNE LEE, | Case No. CV 22-07401-MEMF (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| B. BIRKHOLZ et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's TRO is denied, Respondent's Motion to Dismiss is granted, and the Petition is dismissed without prejudice for failure to exhaust administrative remedies.

Date: September 28, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge